**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| RALPH LYNN FERGUSON JR., | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:16-CV-272 |
| | § | |
| ERIC MARCINE DUNN, et al. | § | |

**ORDER**

On October 10, 2017, Plaintiff Ralph Lynn Ferguson, Jr. filed his "Fifth Amended Complaint." (Doc. No. 123). It is, therefore, **ORDERED** that the following eleven motions are **DENIED** as moot:

1. Defendant Corkern's "12(b)(6) Motion to Dismiss Plaintiff's Second Amended Complaint" (Doc. No. 105)
2. County Defendants' "Motion to Dismiss Plaintiff's Second Amended Complaint" (Doc. No. 107)
3. Patrick Auto Defendants' "Third Motion to Dismiss" (Doc. No. 109)
4. Defendant Dunn's "Second Motion to Dismiss & Brief in Support" (Doc. No. 110)
5. County Defendants' "Motion to Dismiss Plaintiff's Third Amended Complaint" (Doc. No. 112)
6. Defendant Stanley's "Second Motion to Dismiss" (Doc. No. 114)
7. Patrick Auto Defendants' "Fourth Motion to Dismiss" (Doc. No. 115)
8. Patrick Auto Defendants' "Fifth Motion to Dismiss" (Doc. No. 119)
9. Defendant Corkern's "12(b)(6) Motion to Dismiss Plaintiff's Fourth Amended Complaint" (Doc. No. 120)
10. County Defendants' "Motion to Dismiss Plaintiff's Fourth Amended Complaint" (Doc. No. 121)
11. Defendants Dunn and Holloway's "Third Motion to Dismiss & Brief in Support" (Doc. No. 122)

SIGNED this 25th day of October, 2017.

Zack Hawthorn
United States Magistrate Judge