**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ralph Lynn Ferguson Jr
1192 Highway 27
DeRidder, LA 70634

1:16CV272
#169 R+R

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Ralph Ferguson Jr        ☐ Agent   ☑ Addressee

B. Received by (Printed Name)     C. Date of Delivery
R. Ferguson                       May 14 2018

D. Is delivery address different from item 1? ☑ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☑ Certified Mail®    ☐ Priority Mail Express™
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer): 7016 2710 0000 3777 8914

PS Form 3811, July 2013    Domestic Return Receipt

UNITED STATES POSTAL SERVICE

14 MAY '18 PM ? 1

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box

U.S. DISTRICT CLERK
300 WILLOW ST., STE. 104
BEAUMONT, TX 77701

MAY 17 2018 — U.S. DISTRICT COURT, EASTERN DIST. OF TEXAS, BEAUMONT — RECEIVED