IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| RALPH LYNN FERGUSON, JR.,<br><br>    Plaintiff,<br><br>vs.<br><br>ERIC MARCINE DUNN, et al.,<br><br>    Defendants. | NO. 1:16-CV-00272 |

### ORDER DENYING MOTION FOR PROTECTIVE ORDER AS MOOT

This case is assigned to the Honorable Marcia A. Crone, United States District Judge, and referred to the undersigned United States Magistrate Judge for pretrial management. Pending before the court is Defendants Craig M. Mixson, Connie Smith, Robert Shane Hilton, and Courtney Tracy Ponthier's "Opposed Motion for Protective Order." Doc. No. 156. The motion requests that the court enter a protective order to stay discovery for these Defendants due to prosecutorial and judicial immunity. *Id.* at 2. On June 1, 2018, the court dismissed all of the claims against these Defendants with prejudice. *See* Doc. No. 174, at 2–3. Because there are no longer any live claims against these Defendants, it is unnecessary to enter a protective order.

It is, therefore, **ORDERED** that the Defendants "Opposed Motion for Protective Order" (Doc. No. 156) is **DENIED** as moot.

SIGNED this 5th day of June, 2018.

Zack Hawthorn
United States Magistrate Judge