IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| RALPH LYNN FERGUSON, JR., <br><br> Plaintiff, <br> vs. <br><br> ERIC MARCINE DUNN, et al., <br><br> Defendants. | NO. 1:16-CV-00272 |

## ORDER DENYING MOTION FOR RECONSIDERATION

This case is assigned to the Honorable Marcia A. Crone, United States District Judge, and referred to the undersigned United States Magistrate Judge for pretrial management. Pending before the court is *pro se* Plaintiff Ralph Lynn Ferguson, Jr.'s "Request for Reconsideration of Plaintiff's Response to Defendants' Motion to Reset Certain Case Deadlines (Doc. 144) and Plaintiff's Request for Clarification of Order on Motion to Reset Certain Case Deadlines and First Amended Scheduling Order (Doc. 147)." Doc. No. 159.

On November 30, 2017, the Defendants filed a "Motion to Reset Certain Case Deadlines." Doc. No. 142. Ferguson was opposed to the motion. *See* Doc. No. 144. On January 8, 2018, the Defendants' motion to reset deadlines was granted in part and denied in part, and a new scheduling order was entered. Doc. No. 147. Ferguson filed his pending motion for reconsideration on January 29, 2018, asking the court to reconsider the order granting in part the Defendants' motion to reset case deadlines. Ferguson's motion essentially repeats the arguments from his prior response (Doc. No. 144) to the Defendants' motion to reset case deadlines, and the court already addressed those arguments in its order. *See generally* Doc. No. 147. Accordingly, Ferguson's motion for reconsideration is denied.

It is, therefore **ORDERED** that Ferguson's "Request for Reconsideration of Plaintiff's Response to Defendants' Motion to Reset Certain Case Deadlines (Doc. 144) and Plaintiff's Request for Clarification of Order on Motion to Reset Certain Case Deadlines and First Amended Scheduling Order (Doc. 147)" (Doc. No. 159) is **DENIED**.

SIGNED this 6th day of June, 2018.

_____
Zack Hawthorn
United States Magistrate Judge