IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| RALPH LYNN FERGUSON, JR., <br><br>         Plaintiff, <br>vs. <br><br> ERIC MARCINE DUNN, et al., <br><br>         Defendants. | NO. 1:16-CV-00272 |

**ORDER STAYING FIRST AMENDED SCHEDULING ORDER
AND SETTING CASE MANAGEMENT CONFERENCE**

This case is assigned to the Honorable Marcia A. Crone, United States District Judge, and referred to the undersigned United States Magistrate Judge for pretrial management, pursuant to General Order 05-07. *Pro se* Plaintiff Ralph Lynn Ferguson, Jr.'s operative complaint alleges various federal and state law claims against seventeen Defendants. *See generally* Doc. No. 123. Aside from two claims against Defendant Eric Marcine Dunn, the court dismissed with prejudice all of the claims against all of the Defendants on June 1, 2018. *See* Doc. No. 174, at 2–3. The only claims remaining in the suit are Ferguson's Fourth Amendment unlawful seizure and Fourth Amendment unlawful search claims against Dunn.

The operative scheduling order requires the remaining parties to begin preparing the Joint Final Pretrial Order on June 7, 2018, and file it by June 21, 2018. Doc. No. 147. These deadlines, and the remaining deadlines on the scheduling order, are no longer appropriate given the recent activity in the case. A new scheduling order must be entered to govern the rest of the case.

It is, therefore, **ORDERED** that the operative scheduling order (Doc. No. 147) is **STAYED**. The Parties no longer need to follow the deadlines in the operative scheduling order.

It is further **ORDERED** that a case management conference to discuss the deadlines for a new scheduling order is set for **10:30am on Thursday, June 28, 2018**, in Courtroom No. 4, Jack Brooks Federal Building, 300 Willow Street, Beaumont, Texas.  Plaintiff Ferguson and Counsel for Defendant Dunn shall appear in person.  Continuance of the conference will not be allowed absent a showing of good cause.

It is further **ORDERED** that the Defendants' "Emergency Opposed Motion to Modify the Scheduling Order with Brief in Support" (Doc. No. 173) is **DENIED** as moot.

SIGNED this 6th day of June, 2018.

_____
Zack Hawthorn
United States Magistrate Judge