**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ralph Lynn Ferguson Jr
1192 Hwy 27
DeRidder, LA 70634
1:16 cv 272 #177 ord
Settings hrg

9590 9402 3020 7124 2682 03

2. Article Number (Transfer from service label)
7017 1450 0001 5136 2542

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Ralph Ferguson — ☐ Agent ☒ Addressee

B. Received by (Printed Name): Ralph Ferguson
C. Date of Delivery: June 11, 2018

D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail®

PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt

USPS TRACKING #
9590 9402 3020 7124 2682 03

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

- Sender: Please print your name, address, and ZIP+4® in this box•

U.S. DISTRICT COURT
104 NORTH THIRD STREET
LUFKIN, TX 75901

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUN 14 2018

BY
DEPUTY _____