IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| RALPH LYNN FERGUSON, JR., | |
| Plaintiff, | |
| vs. | NO. 1:16-CV-00272-MAC |
| ERIC MARCINE DUNN, et al., | |
| Defendants. | |

**SECOND AMENDED SCHEDULING ORDER**

This scheduling order shall be followed pursuant to Judge Crone's procedures and rules of practice, unless the parties opt for trial before the undersigned. All communications concerning the case shall be directed to Judge Hawthorn's Law Clerk at (409) 654-2817.

1. August 28, 2018        DISCOVERY shall be completed by this date.

2. September 11, 2018   MOTION CUT-OFF. Aside from motions in limine, no motion, including motions to exclude or limit expert testimony, shall be filed after this date except for good cause shown. Without leave of court, a party may file only one summary judgment motion.

3. February 12, 2019     The JOINT PRETRIAL ORDER, including motions in limine and a proposed charge or proposed findings of fact and conclusions of law, shall be filed, and proposed trial exhibits shall be exchanged on or before this date.

4. February 19, 2019     OBJECTIONS TO proposed exhibits, witnesses, and deposition excerpts, as well as responses to motions in limine, shall be filed by this date.

| | |
|---|---|
| 5. March 1, 2019 | FINAL STATUS CONFERENCE at 10:00 a.m.  The case will be set for Final Pretrial Conference and Trial at the Final Status Conference.  The parties should be prepared to try the case by this date. |
| 6. Three days | Estimated time to try before a jury. |

SIGNED this 28th day of June, 2018.

_____
Zack Hawthorn
United States Magistrate Judge