IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| RALPH LYNN FERGUSON, JR.,<br><br>　　　　Plaintiff,<br>vs.<br><br>ERIC MARCINE DUNN, et al.,<br><br>　　　　Defendants. | NO. 1:16-CV-00272 |

**ORDER GRANTING EMERGENCY MOTION TO STAY**

　　This case is assigned to the Honorable Marcia A. Crone, United States District Judge, and referred to the undersigned United States Magistrate Judge for pretrial management.  On August 3, 2018, Defendant Eric Dunn filed his "Motion for Summary Judgment with Brief in Support." Doc. No. 184.  Plaintiff Ralph Ferguson, Jr. filed the pending "Emergency Motion to Stay Defendant Dunn's Motion for Summary Judgment." Doc. No. 186.  The pending motion asks the court to stay Dunn's Motion for Summary Judgment while the court considers two recent motions filed by Ferguson: "Plaintiff's Motion to Compel Defendant Dunn to Respond to Plaintiff's Second Set of Interrogatories" (Doc. No. 187) and "Plaintiff's Motion to Determine Sufficiency of Defendant Dunn's Responses to Plaintiff's Second Request for Admissions." Doc. No. 188.

　　It is **ORDERED** that Ferguson's "Emergency Motion to Stay Defendant Dunn's Motion for Summary Judgment" (Doc. No. 186) is **GRANTED**.  Ferguson does not need to respond to Dunn's Motion for Summary Judgment at this time. After the court has made a determination on Ferguson's Motion to Compel (Doc. No. 187) and Motion to Determine Sufficiency (Doc. No. 188), Ferguson will then be instructed when he must respond to the pending Motion for Summary Judgment.

It is further **ORDERED** that Dunn must file responses to Ferguson's Motion to Compel (Doc. No. 187) and Motion to Determine Sufficiency (Doc. No. 188) within fourteen (14) days from the date of this order.

SIGNED this 27th day of August, 2018.

_____
Zack Hawthorn
United States Magistrate Judge