IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| RALPH LYNN FERGUSON JR, <br><br> Plaintiff, <br> vs. <br><br> ERIC MARCINE DUNN, ET AL., <br><br> Defendants. | No.1:16-CV-00272-MAC |

# ORDER

This case is assigned to the Honorable Marcia A. Crone, United States District Court Judge, and referred to the undersigned for pretrial management. Pending before the court is Defendant Eric Dunn's (Dunn) "Motion for Summary Judgment." Doc. No. 184.

On November 2, 2018, Plaintiff Ralph Ferguson, Jr. (Ferguson) filed "Plaintiff's Response to Defendant Dunn's Motion for Summary Judgment." Doc. No. 198. Dunn has not yet filed a reply to the response.

It is, therefore, **ORDERED** that Dunn file a reply to "Plaintiff's Response to Defendant Dunn's Motion for Summary Judgment" within seven (7) days of the date of this Order.

SIGNED this 4th day of December, 2018.

_____
Zack Hawthorn
United States Magistrate Judge