| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| RALPH LYNN FERGUSON, JR., <br> Plaintiff, <br> *versus* <br> ERIC MARCINE DUNN, CHARLES WILLIS, JOSH BECKMAN, BRANDON THURMAN, TIMOTHY WAYNE CORKERN, STEVE HOLLOWAY, PARVIN BUTLER, ANGIE BROWN, PETE PATRICK, GWEN KELLY, LINDA PITTS, ASHLEY MORROW, J KEITH STANLEY, <br> Defendants. | § § § § § § § § § § § § § § § § § | CASE NO. 1:16-CV-00272-MAC |

# ORDER ADOPTING REPORT AND RECOMMENDATION
# OF UNITED STATES MAGISTRATE JUDGE

The court has received the report and recommendation of United States Magistrate Judge Zack Hawthorn, which recommends granting Defendant Eric Marcine Dunn's (Dunn) "Motion for Summary Judgment" (Doc. No. 184) and dismissing *pro se* Plaintiff Ralph Lynn Ferguson Jr.'s (Ferguson) Fourth Amendment unlawful search and Fourth Amendment unlawful seizure claims.

A party who files timely, written objections to a magistrate judge's report and recommendation is entitled to a *de novo* determination of those findings or recommendations to which the party specifically objects. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2)-(3). "Parties filing objections must specifically identify those findings [to which they object]. Frivolous, conclusive or general objections need not be considered by the district court." *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996) (en banc).

Ferguson raises several objections to Judge Hawthorn's report, but these objections are largely a restatement of his arguments in his response and sur-reply to Dunn's "Motion for Summary Judgment." *See* Doc. Nos. 198, 201. After considering Ferguson's objections, the court finds they are without merit and that Judge Hawthorn's findings and conclusions are correct.

It is, therefore, **ORDERED** that the magistrate judge's "Report and Recommendation" (Doc. No. 202) is **GRANTED**, and Ferguson's Fourth Amendment unlawful seizure and Fourth Amendment unlawful search claims are **DISMISSED** with prejudice.

A Final Judgment will be entered separately.

SIGNED at Beaumont, Texas, this 1st day of February, 2019.

*[signature: Marcia A. Crone]*

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE