| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

RALPH LYNN FERGUSON, JR., §
    Plaintiff, §
§
*versus* §
§
ERIC MARCINE DUNN, CHARLES §
WILLIS, JOSH BECKMAN, BRANDON §   CASE NO. 1:16-CV-00272-MAC
THURMAN, TIMOTHY WAYNE §
CORKERN, STEVE HOLLOWAY, §
PARVIN BUTLER, ANGIE BROWN, §
PETE PATRICK, GWEN KELLY, LINDA §
PITTS, ASHLEY MORROW, J KEITH §
STANLEY, §
    Defendants. §

## FINAL JUDGMENT

The court has adopted the magistrate judge's report (Doc. No. 202) recommending that the court grant Defendant Eric Marcine Dunn's (Dunn) "Motion for Summary Judgment" (Doc. No. 184) and dismiss Plaintiff Ralph Lynn Ferguson's (Ferguson) Fourth Amendment unlawful search and Fourth Amendment unlawful seizure claims against Dunn with prejudice.

Accordingly, it is **ORDERED** that Ferguson take nothing and judgment is rendered in favor of Defendants. Each party shall bear its own costs of court. Any pending motions are denied as moot. The Clerk of Court is directed to close this case.

**THIS IS A FINAL JUDGMENT.**

SIGNED at Beaumont, Texas, this 1st day of February, 2019.

                                                  _____
                                                      MARCIA A. CRONE
                                              UNITED STATES DISTRICT JUDGE