| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

RALPH LYNN FERGUSON JR., §
    Plaintiff, §
§
*versus* §
§
ERIC MARCINE DUNN, CHARLES §    CASE NO. 1:16-CV-00272-MAC
WILLIS, JOSH BECKMAN, BRANDON §
THURMAN, TIMOTHY WAYNE §
CORKERN, STEVE HOLLOWAY, §
PARVIN BUTLER, ANGIE BROWN, §
PETE PATRICK, GWEN KELLY, LINDA §
PITTS, ASHLEY MORROW, J KEITH §
STANLEY, §
    Defendants. §

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The court has received the report and recommendation of United States Magistrate Judge Zack Hawthorn, which recommends denying *pro se* Plaintiff Ralph Lynn Ferguson Jr.'s "Motion to Amend Final Judgment." Doc. No. 210.

No objections have been filed, and the time for doing so has now passed.

It is, therefore, **ORDERED** that the magistrate judge's "Report and Recommendation" (Doc. No. 212) is **ADOPTED**, and Ferguson's "Motion to Amend Final Judgment" (Doc. No. 210) is **DENIED**.  All other pending motions are denied as moot.

SIGNED at Beaumont, Texas, this 23rd day of April, 2019.

                                                          MARCIA A. CRONE
                                                        UNITED STATES DISTRICT JUDGE