

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ralph Lynn Ferguson Jr
1192 Highway 27
DeRidder, LA 70634
1:16cv 272 # 215

9590 9402 2499 6306 1903 17

2. Article Number *(Transfer from service label)*

7017 2620 0001 1429 0985

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Dolores Ferguson   ☐ Agent   ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

Dolores Ferguson

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

MAY 14 2019

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ _____ ail
- ☐ _____ ail Restricted Delivery (over $500)

- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



USPS TRACKING

9590 9402 2499 6306 1903 17

United States Postal Service

MAY 16 2019   CLERK, U.S. DIST.   EASTERN DIST. OF BEAUMONT, TE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

U.S. DISTRICT CLERK
300 WILLOW ST., STE. 104
BEAUMONT, TX 77701