FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUL - 1 2019

BY
DEPUTY_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| Ralph Lynn Ferguson, Jr, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:16cv272 |
| | § | |
| ERIC MARCINE DUNN, | § | |
| CHARLES WILLIS, | § | JURY REQUESTED |
| JOSH BECKMAN, | § | |
| BRANDON THURMAN, | § | |
| TIMOTHY WAYNE CORKERN, | § | |
| STEVE HOLLOWAY, | § | |
| PARVIN BUTLER, | § | |
| ANGIE BROWN, | § | |
| PETE PATRICK, | § | |
| GWEN KELLY, | § | |
| CONNIE SMITH, | § | |
| LINDA PITTS, | § | |
| ASHLEY MORROW, | § | |
| ROBERT SHANE HILTON, | § | |
| COURTNEY TRACY PONTHIER, | § | |
| CRAIG M. MIXSON and | § | |
| J. KEITH STANLEY. | § | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Ralph Lynn Ferguson, Jr, (Plaintiff) appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this action on February 1, 2019, pursuant to Federal Rules of Civil Procedure 54(b) and 59. See D.E. 207. Plaintiff appeals from any and all intervening orders, decisions, reports or rulings that dismissed any of Plaintiff's claims and or gave rise to such final judgment, including without limitation:

1) The District Court's June 23, 2017, Order D.E. 78 which overruled Plaintiff's objections and adopted D.E. 61 Report and Recommendation by granting dismissal of Plaintiff's state law claims against Steve Holloway, Eric Marcine Dunn.

2) The District Court's July 17, 2017, Order D.E. 93 which overruled Plaintiff's objections and

adopted D.E. 60 dismissing Plaintiff's federal claims against Courtney Tracy Ponthier, Robert Shane Hilton, Judge Mixson and Judge Smith.

3) The District Court's July 17, 2017, Order D.E. 94 which overruled Plaintiff's objections and adopted Report and Recommendation D.E. 63 dismissing Plaintiff's claims against Parvin Butler, Angie Brown and Pete Patrick.

4) The District Court's June 01, 2018, Order D.E. 174 which overruled Plaintiff's objections and adopted Report and Recommendation D.E. 169 dismissing Plaintiff's claims against Timothy Wayne Corkern, J. Keith Stanley, Charles Willis, Josh Beckman, Brandon Thurman, Gwen Kelley, Connie Smith, Linda Pitts, Ashley Morrow, Robert Shane Hilton, Courtney Tracy Ponthier and Craig M. Mixson. Dismissing all of Plaintiff's claims against Steve Holloway. Dismissing Plaintiff's Fourth Amendment unlawful arrest, Fourteenth Amendment due process, and Eighth Amendment excessive bail claims against Eric Marcine Dunn.

5) The District Court's February 01, 2019, Order D.E. 207 which overruled Plaintiff's objections and adopted Report and Recommendation D.E. 202 dismissing Plaintiff's Fourth Amendment unlawful seizure and Fourth Amendment unlawful search claims against Eric Marcine Dunn.

6) The District Court's February 01, 2019, Final Judgment D.E. 208 ruling that Plaintiff take nothing and judgment is rendered in favor of Defendants.

7) The District Court's April 23, 2019, Order D.E. 213 adopting magistrate judge's "Report and Recommendation" (Doc no 212) denying Plaintiff's D.E. 210 Motion to amend final judgment.

8) The District Court's June 3, 2019, Order D.E. 218 overruling Plaintiff's objections and adopting D.E. 212 Report and Recommendation denying Plaintiff's Motion to Amend Final Judgment (Doc No 210).

9) Any and all other adverse findings, holdings, rulings, determinations, conclusions, orders, claim constructions, opinions, or decisions, whether oral or written, relating to the above.

Dated: July 1, 2019                                    Respectfully submitted,

By: _____
Ralph Lynn Ferguson, Jr. Plaintiff/Appellant Pro se
1192 Highway 27
DeRidder, Louisiana 70634
ralphsemail@hushmail.com
Phone:   337.462.2615
Fax:     337.462.0541

## CERTIFICATE OF SERVICE

  I certify that on July 1, 2019, a copy of Plaintiff's Notice of Appeal was served via standard U.S. mail, on the following attorneys for defendants;

For defendants Charles Willis, Josh Beckman, Brandon Thurman, Gwen Kelley, Connie Smith, Linda Pitts, Ashley Morrow, Robert Shane Hilton, Courtney Tracy Ponthier, and Craig M. Mixson;

Larry James Simmons , Jr.
Germer, PLLC -Houston
2929 Allen Parkway
St. 2900
Houston, TX 77019

Sarah Crystal Dionne
Germer, PLLC -Houston
2929 Allen Parkway
St. 2900
Houston, TX 77019

On Defendant J. Keith Stanley through attorney;
James Allen Payne, Jr.
Fairchild Price Thomas Haley – Center
P.O. Box 1719
Center, Texas 75935-1719

On Defendants Eric Marcine Dunn and Stephen Holloway through their attorney;
Seth Byron Dennis
Attorney General's Office
PO Box 12548
Capitol Station
Austin, TX 78711

On each of the following pro se defendants:
Parvin Butler
P.O. Box 830
Newton, Texas 75966

Angie Brown
230 County Road 401
Kirbyville, Texas 75956

Pete Patrick
807 N. Margaret
Kirbyville, Texas 75956

and for defendant Timothy Wayne Corkern;
Frank David Calvert
Calvert & Eaves, L. L. P.
2615 Calder Avenue
Suite 1070
Beaumont, TX 77702
409/832-8885
Fax: 14098328886
Email: fcalvert@calvert-eaves.com
and
F Blair Clarke
Calvert Eaves Clarke & Stelly, LLP
2615 Calder Avenue
Suite 1070
Beaumont, TX 77702
409/832-8885
Fax: 409/832-8886
Email: fbclarke@calvert-eaves.com.

_____
Ralph Lynn Ferguson, Jr.